# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| DAVID WAYNE EWART, | ) | AMENDED JUDGMENT IN CASE |
| Petitioner, | ) ) ) | 1:18-cv-00183-FDW |
| vs. | ) ) | |
| MIKE SLAGLE, | ) ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2019 Order.

April 2, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court